FILED
CLERK, U.S. DISTRICT COURT

NOV - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO BERDIN, <br><br> Defendant. | Case No.: ED CR 07-00052-ABC-2 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Cim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.  (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _nature of the offenses; at this stage, due to drug abuse and positive drug tests, defendant is not amenable to supervision_

and/or

1  B.   ( ) The defendant has not met his/her burden of establishing by clear and
2       convincing evidence that he/she is not likely to pose a danger to the safety of any
3       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4       finding is based on: _____
5  _____
6  _____
7  _____
8
9       IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 revocation proceedings.
11
12 Dated: November 3, 2011                    _____
13                                             ALICIA G. ROSENBERG
                                               United States Magistrate Judge